# United States Bankruptcy Court
### Southern District of Florida

In re  **A&O Family LLC**                                   Case No.  **24-15762-RAM**
Debtor(s)                                                   Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A&O Family LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 18, 2024**
Date

/s/ Eyal Berger
**Eyal Berger 11069**
Signature of Attorney or Litigant
Counsel for  **A&O Family LLC**
**Akerman LLP**
**201 E. Las Olas Blvd.**
**Suite 1800**
**Fort Lauderdale, FL 33301**
**954-463-2700 Fax:954-463-2224**
**eyal.berger@akerman.com**