

**ORDERED in the Southern District of Florida on June 20, 2024.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                          CASE NO. 24-15762-BKC-LMI

A & O FAMILY LLC,                               Chapter 11

          Debtor.
_____/

## ORDER SCHEDULING INITIAL CHAPTER 11 STATUS CONFERENCE

THIS CASE came on for consideration, *sua sponte*, for the purpose of entry of an Order Scheduling a Status Conference pursuant to 11 U.S.C. §105(d).

On June 10, 2024, the Debtor(s) filed a Petition for Relief under Chapter 11 of the Bankruptcy Code. Therefore it is appropriate to schedule a status conference for the purpose of reviewing the status of the chapter 11 case, including any anticipated significant contested matters or adversary proceedings, and to consider whether it is appropriate to (l) fix a date by which the Debtor-in-Possession (DIP/Trustee) must assume or reject executory contracts or

CASE NO. 24-15762-BKC-LMI

unexpired leases, (2) set a date by which the DIP or Trustee, if one has been appointed, is to file a disclosure statement and the plan, (3) set a date to solicit acceptance of the plan, (4) set a date for which a party of interest, other than the Debtor, may file a plan, (5) set a date by which a proponent of a plan, other than the Debtor, shall solicit acceptance of the plan, (6) set the scope and format of the notice concerning a hearing on the approval of the disclosure statement, and (7) consider whether or not the approval of the disclosure statement should be combined with the hearing on confirmation of the plan.  If a creditor's committee has been appointed the Court will also review any committee information access issues including the committee's arrangements with respect thereto.  If not previously determined, the Court will determine at the status conference whether the case is a single asset real estate case.

Accordingly, it is, ORDERED:

1. A Status Conference is scheduled to at the <u>United States Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 8, Miami, Florida 33128</u> on **June 27, 2024** at **10:30** a.m.

2. To fully effectuate the purposes of Section 105(d) of the Bankruptcy Code, counsel of record for the Debtor, and, if applicable, the trustee and his or her counsel, together with the individual Debtor(s) or representative of the corporate Debtor with authority to comply with the requirements set forth in the order entered at the conclusion of the Status Conference, and counsel for any appointed committee, shall appear.

3. Counsel are directed to bring with them all calendaring material so deadlines can be set at the Status Conference.

# # #

CASE NO. 24-15762-BKC-LMI

Copies furnished to:
Eyal Berger, Esq.
Office of the US Trustee

*Attorney <u>Berger</u> is directed to serve a copy of this order on all parties that have filed a notice of appearance, any indenture trustees, the creditors shown on the list required by Bankruptcy Rule 1007(d); creditors holding claims known to be secured by property in which the estate has an interest, the United States and its agencies.*