| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **A&O Family LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **24-15762-LMI** |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 26, 2024**    X *nancy webber*
DocuSigned by: 6C03C8F97744413
Signature of individual signing on behalf of debtor

Nancy Webber
**Printed name**

Authorized Person
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

# United States Bankruptcy Court
## Southern District of Florida

In re  __A&O Family LLC__                                      Case No.  __24-15762-LMI__
                     Debtor(s)                                 Chapter   __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Anthony D. Ivankovich<br>1000 Brickell Avenue<br>Suite 715 PMB 5243<br>Miami, FL 33131 | | .5% | |
| Anthony D. Ivankovich Estate Trust<br>1000 Brickell Avenue<br>Suite 715 PMB 5243<br>Miami, FL 33131 | | 49.125% | |
| Anthony I. Ivankovich<br>791 Crandon Boulevard<br>PH 6<br>Key Biscayne, FL 33149 | | .125% | |
| Daniel Ivankovich<br>791 Crandon Boulevard<br>PH6<br>Key Biscayne, FL 33149 | | .125% | |
| Katerina G. Ivankovich<br>791 Crandon Boulevard<br>PH6<br>Key Biscayne, FL 33149 | | .125% | |
| Lukas I. Ivankovich<br>791 Crandon Boulevard<br>PH6<br>Key Biscayne, FL 33149 | | .125% | |
| North American Property Ventures Ltd<br>c/o Conyers Trust Company Limited<br>Cricket Square Hutchins Dr<br>PO Box 2681<br>Grand Cayman KY1-111, Caymen Islands | | .125% | |
| Olga D. Ivankovich<br>791 Crandon Boulevard<br>PH 6<br>Key Biscayne, FL 33149 | | .50% | |
| Olga D. Ivankovich Estate Trust<br>1000 Brickell Avenue<br>Suite 715 PMB 5243<br>Miami, FL 33131 | | 49.125% | |

Sheet 1 of 2 in List of Equity Security Holders

In re: **A&O Family LLC**     Case No. **24-15762-LMI**

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sophie C. Ivankovich<br>791 Crandon Boulevard<br>PH6<br>Key Biscayne, FL 33149 | | .125% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Authorized Person** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 26, 2024**     Signature *nancy webber* (DocuSigned by: 6C03C8F97744413...)

Nancy Webber

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)